Timothy R. Smith, Esq. (4798)
619 Alexander Road
Third Floor
Princeton, NJ 08540
(609) 987-8899
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------X
                                        :

GLOBAL SIGNAL ACQUISITIONS LLC  and    :       Case No. 3:11-CV-00597-JAP-LHG
GLOBAL SIGNAL ACQUISITIONS IV LLC,    :

                      Plaintiffs,    :

    - against -    :       **AMENDED**
                                        :       **JOINT STIPULATION** and
NASSAU BROADCASTING HOLDINGS INC.,  :      **ORDER** of **SETTLEMENT**
NASSAU TOWER HOLDINGS LLC, NASSAU  :
TOWER REALTY LLC, and NASSAU        :
BROADCASTING I, LLC                :       ECF Case

                      Defendants.    :

---------------------------------------------------------------X

**WHEREAS**, the above matter was terminated as a result of two (2) Joint Stipulations

and Orders of Settlement ("JSOS") filed on November 18, 2011 by and among the Plaintiffs and

Nassau Broadcasting I, LLC ("NBI")  and Nassau Broadcasting Holdings, Inc. ("NBH") in the

first JSOS; and on December 20, 2011 by Plaintiffs and Nassau Tower Realty, LLC ("NTR') and

Nassau Tower Holdings, LLC ("NTH") in the second JSOS; and

WHEREAS, the first JSOS filed on November 18, 2011 is subject to approval by the

United States Bankruptcy Court for the District of Delaware (Case No. 11-12934) which has

scheduled a hearing on this JSOS for June 7, 2012; and

WHEREAS, both the first and second JSOS provide that the settlements represented by the JSOS's will be vacated sua sponte, if final Stipulations of Dismissal are not filed with this Honorable Court by June 1, 2012; and

**WHEREAS,** the effectiveness of the JSOS's was expressly conditioned upon the completion of certain amended documents provided for in each of the JSOS's and the filing of a stipulation of dismissal by June 1, 2012; and

**WHEREAS,** NBH, NTR and NTH have filed a motion to vacate the first and second JSOS[1], which is currently scheduled to be determined by the Court on June 4, 2012; and

**WHEREAS,** without prejudice to the Motion of NBH, NTR and NTH, both the Plaintiffs and the defendants wish to extend the date by which all provisions of the first and second JSOS are to be completed by an additional sixty (60) days to August 1, 2012 to permit consideration of the motion of NBH, NTR AND NTH on June 4, and the consideration of the first JSOS as to the debtor, NBI, by the Bankruptcy Court on June 7.

---

[1]     Plaintiffs contend that NBH, NTR and NTH only moved to vacate the original JSOS.

LV1 1633170v2 05/18/12

**NOW, THEREFORE, IT IS HEREBY FURTHER STIPULATED AND AGREED:**

(a) That the June 1, 2012 date set forth in each of the two (2) JSOS is deleted and replaced with the date of August 1, 2012; and

(b) This Amended Joint Stipulation and Order of Settlement is without prejudice to the Motion of NBH, NTR and NTH to vacate the first and second JSOS.

[signatures on following page]

3

**IN WITNESS WHEREOF**, this Stipulation of Settlement is executed and sworn to as follows:

**For Plaintiffs**

David L. Snyder, Esq. (5986)
Snyder & Snyder LLP
94 White Plains Road
Tarrytown, NY 10591
914.333.0700

Dated: _____May 22_____, 2012

**For Defendant,**
**Nassau Broadcasting I, LLC**

Timothy R. Smith, Esq. (4798)
619 Alexander Road, Third Floor
Princeton, NJ 08540
609.987.8899

Dated: _____May 22_____, 2012

**For Defendants,**
**Nassau Broadcasting Holdings, Inc,**
**Nassau Tower Realty, LLC, and**
**Nassau Tower Holdings, LLC**

James D. Young, Esq.
Fox Rothschild, LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
609.896.3600

Dated: _____May 22_____, 2012

**IT IS SO ORDERED:**

_____
**HON. LOIS GOODMAN**
**United States Magistrate**
**United States District Court**
**District of New Jersey**
**Dated:** _____, 2012

::ODMA\PCDOCS\LV1\1633170\2

4