UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GLOBAL SIGNAL ACQUISITIONS LLC** and **GLOBAL SIGNAL ACQUISITIONS IV LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**NASSAU BROADCASTING HOLDINGS INC., et al.,**<br><br>Defendants. | Civil Action No. 11-597 (JAP)<br><br><br>**ORDER** |

This matter having come before the Court by way of Defendants Nassau Broadcasting Holdings Inc., Nassau Tower Holdings LLC, and Nassau Tower Realty LLC's ("Defendants") Motion to Vacate the Settlement [Docket Entry No. 20]; and the parties having requested an adjournment of the November 8, 2012 hearing because they are engaged in settlement discussions that may resolve the issues presented in the motion; and the Court noting that the hearing had been adjourned on a previous occasion to allow counsel to resolve the dispute amicably *see* [Text Entry No. 32]; and for good cause shown,

**IT IS** on this **7th** day of November, 2012,

**ORDERED** that the Clerk's Office shall administratively terminate the motion located at Docket Entry No. 20; and it is further

**ORDERED** that if the parties are unable to resolve the dispute, Defendants may file a new notice of motion referencing the supporting and opposing documents already electronically filed.

_/s/ Lois H. Goodman_

**LOIS H. GOODMAN**
**United States Magistrate Judge**