Timothy R. Smith, Esq. (4798)
619 Alexander Road
Third Floor
Princeton, NJ  08540
(609) 987-8899
*Counsel for Defendant, Nassau Broadcasting I, LLC*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
-----------------------------------------------------------X

| | | |
|---|---|---|
| GLOBAL SIGNAL ACQUISITIONS LLC   and GLOBAL SIGNAL ACQUISITIONS IV LLC, | : | Case No. 3:11-CV-00597-JAP-LHG |
| | : | |
| Plaintiffs, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| - against - | : | |
| | : | ECF Case |
| NASSAU BROADCASTING HOLDINGS INC., NASSAU TOWER HOLDINGS LLC, NASSAU TOWER REALTY LLC, and NASSAU BROADCASTING I, LLC | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------X

        In accordance with the provisions of the Final Joint Stipulation and Order of Settlement it is hereby stipulated and agreed that the above entitled matter is dismissed with prejudice and without costs.

**For Plaintiffs**


Michael P. Sheridan, Esq. (0679)
SNYDER & SNYDER, LLP
94 White Plains Road
Tarrytown, NY  10591
(914) 333-0700
Dated: January 3, 2013

**For Defendant**
**Nassau Broadcasting I, LLC**


Timothy R. Smith, Esq (4798)
619 Alexander Road
Third Floor
Princeton, NJ  08540
(609) 987-8899
Dated: January ___, 2013

1

For Defendants
Nassau Broadcasting Holdings, Inc.,
Nassau Tower Holdings, LLC and
Nassau Tower Realty, LLC

James D. Young, Esq. (      )
FOX ROTHSCHILD LLP
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ  08648
(609) 896-3300
Dated: January 14, 2013


IT IS SO ORDERED:




HON. LOIS GOODMAN
United States Magistrate
United States District Court
District of New Jersey
Dated: _____

2